■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOROTHEA M. KENYON, Appellant. [793 NYS2d 823]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Possession Forged Instrument, Second Degree).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN F. PLOTTS, III, Appellant. [793 NYS2d 824]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Criminal Contempt, First Degree).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER THOMAS, Appellant. [793 NYS2d 823]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Chautauqua County Court, John T. Ward, J.—Criminal Sale Controlled Substance, Third Degree).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HILARIO VAZQUEZ, Appellant. [793 NYS2d 823]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Seneca County Court, Dennis F. Bender, J.—Attempted Promoting Prison Contraband, First Degree).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER WILT, Appellant. [793 NYS2d 823]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Gerald J. Alonzo, Jr., J.—Promoting Sexual Performance by a Child).